JONATHAN B. COLE (SBN 70460)
*jcole@nemecek-cole.com*
MATTHEW J. HAFEY (SBN 167122)
*mhafey@nemecek-cole.com*
NEMECEK & COLE
A Professional Corporation
15260 Ventura Boulevard, Suite 920
Sherman Oaks, California 91403-5344
Telephone:  (818) 788-9500
Facsimile:  (818) 501-0328

Attorneys for Plaintiff
JAMES RIVER INSURANCE COMPANY

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RIVER INSURANCE COMPANY, an Ohio corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>MAPCO CONSTRUCTION, INC., a California corporation; MARK A. PIERPONT, an individual; DAVID STERNBERG, an individual; and JULIE STERNBERG, an individual<br><br>  Defendants.<br>_____ | Case No.: CV11-7947 DMG (PJWx)<br><br>**ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE [12]** |

Having considered the parties' stipulation and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that the Complaint filed September 26, 2011 is DISMISSED in its entirety with prejudice, with each of the parties hereto to bear its own attorney's fees and court costs.

DATED:  February 16, 2012

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE